# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| *In re*: | : | Case No. 14-58250 |
| | : | Chapter 7 |
| **Nick Glassburn**, | : | |
| | : | Judge C. Kathryn Preston |
| *Debtor.* | : | |

___

| | | |
|---|---|---|
| **Larry J. McClatchey, Trustee** | : | |
| | : | Adv. Pro. No: 15-02087 |
| | : | |
| *Plaintiff*, | : | |
| | : | |
| vs. | : | |
| | : | |
| **U.S. Bank National Association** | : | |
| | : | |
| *Defendant*. | : | |

___

## STIPULATED EXTENSION OF TIME TO ANSWER OR PLEAD

Now come the parties, by and through their respective undersigned counsel, and hereby file their *Stipulated Extension of Time to Answer or Plead* allowing Defendant U.S. Bank National Association ("Defendant") an additional twenty (20) days, up to and including May 11, 2015, to file an answer or plead to the Complaint (Doc. No. 1) filed in this adversary proceeding. The May 11, 2015 deadline for response is agreed to by the parties, and no prior stipulated extensions of time have been granted to Defendant in this case. Defendant further agrees that it waives any defenses to this adversary proceeding based upon improper service of process or lack of personal jurisdiction.

Agreed to by:

*/s/Nancy Ashbrook Willis*
Nancy Ashbrook Willis (0034117)
Law Office of Nancy Ashbrook Willis

*DAL 79469771v2*

6361 Crouch Road
Mount Vernon, Ohio 43050
Telephone: (740) 397-2060
Email: nancywillis1@embarqmail.com
*Attorney for Plaintiff Trustee*


/s/*Sherri Lazear*
Sherri Lazear (0030546)
BakerHostetler
65 East State Street, Suite 2100
Columbus, OH 43215-4260
Telephone: (614) 462-2631
Fax (614) 462-2616
Email: slazear@bakerlaw.com
*Attorney for NationStar Mortgage LLC, Attorney-In-Fact for U.S. Bank National Association*


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing *Stipulated Extension of Time to Answer or Plead* was served upon the following by first class U.S. Mail, postage prepaid, and/or electronically by CM/ECF service upon those registered to receive such service with the Court this 30th day of April 2015:

**VIA ECF:**

Nancy Ashbrook Willis

Sherri Lazear


                                                */s/Nancy Ashbrook Willis*
                                                Nancy Ashbrook Willis

DAL 79469771v2