**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
United States Bankruptcy Judge

**Dated: February 11, 2016**

_____

4828-8979-5373

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| *In re*: | : | Case No. 14-58250 |
| | : | Chapter 7 |
| **Nick Glassburn**, | : | |
| | : | Judge C. Kathryn Preston |
| *Debtor.* | : | |

_____

| | | |
|---|---|---|
| **Larry J. McClatchey, Trustee** | : | |
| | : | Adv. Pro. No: 15-02087 |
| *Plaintiff*, | : | |
| | : | |
| vs. | : | |
| | : | |
| **U.S. Bank National Association** | : | |
| | : | |
| *Defendant*. | : | |

_____

### FINAL JUDGMENT ENTRY UPON AGREEMENT OF THE PARTIES

This matter is before the Court on the pleadings and the *Amended Joint Stipulation of Settlement* filed herein on November 3, 2015 [Doc. #19]. Plaintiff Larry J. McClatchey filed his *Amended Application for Approval of Compromise and Dismissal of Adversary Proceeding* in

the main bankruptcy case on November 5, 2015 [Doc. #121] ("Amended Compromise Application"), and the Court approved the proposed compromise in its *Order Approving Amended Compromise Application* on December 28, 2015 [Doc. #127]. Based on the Stipulation and agreement of the parties, it is hereby

**ORDERED, ADJUDGED and DECREED** that any interest of Defendant U.S. Bank National Association in that parcel of real estate and improvements thereon commonly known as 7135 Laver Lane, Delaware County, Westerville, Ohio 43082, Auditor Parcel No. 317-240-15-021-000 (the "Property") based upon an unrecorded mortgage, an Affidavit of Lost Mortgage, and/or a Mortgage Assignment recorded on August 6, 2013 in the office of the Recorder of Delaware County, Ohio as Instrument No. 2013-00030218, all of which are described in the Complaint, should be and hereby is AVOIDED; and it is further

**ORDERED, ADJUDGED and DECREED** that the lien of the avoided interest is preserved for the benefit of the estate in accordance with 11 U.S.C §551.

**SO ORDERED**.

| | |
|---|---|
| */s/Nancy Ashbrook Willis* | */s/ Sherri Lazear* by Lauren Hilsheimer per auth. granted 2/1/16 |
| Nancy Ashbrook Willis (034117) | Sherri Blank Lazear (0030546) |
| Law Office of Nancy Ashbrook Willis | Baker & Hostetler LLP |
| 6361 Crouch Road | 65 East State Street, Suite 2100 |
| Mount Vernon, Ohio 43050 | Columbus, Ohio 43215 |
| Telephone: (740) 397-2060 | Telephone: (614) 462-2631 |
| Facsimile: (740) 397-2060 | Facsimile: (614) 462-2616 |
| Email: nancywillis1@embarqmail.com | Email: slazear@bakerlaw.com |
| Attorney for Trustee | Attorney for NationStar Mortgage LLC, Attorney-in-Fact for Defendant U.S. Bank National Association |

Copies to:
Nancy Ashbrook Willis nancywillis1@embarqmail.com *Attorney for Plaintiff Trustee*

Sherri Blank Lazear slazear@bakerlaw.com *Attorney for Nationstar Mortgage, LLC, Attorney in fact for U.S. Bank National Association*

###